## NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000745
07-MAR-2023
09:11 AM
Dkt. 25 ODSLJ**

NO. CAAP-22-0000745

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MASAKATSU KATSURA, individually and as Trustee of the
Masakatsu Katsura Revocable Trust dated August 23, 1994;
MIEKO KATSURA, individually and as Trustee of the
Mieko Katsura Revocable Trust dated August 23, 1994;
and YMM LLC, a Hawaii LLC, Plaintiffs-Appellees, v.
SCOTT KUROIWA, Defendant-Appellant, and
JOHN AND JANE DOES, PARTNERSHIPS, CORPORATIONS
AND ENTITIES 1-20, Defendants

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
LĪHUʻE DIVISION
(CIVIL NO. 5RC-22-0000464)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Nakasone and Chan, JJ.)

Upon review of the record, it appears that self-represented Defendant-Appellant Scott Kuroiwa appeals from the District Court of the Fifth Circuit, Līhuʻe Division's November 9, 2022 "Order Transferring the Rent Trust Fund Established in Civil No. 5RC-181-000106 on March 3, 2022 and the Balance on Deposit to Civil No. 5DRC-22-0000464 and Order Establishing Rent Trust Fund in 5DRC-22-0000464" (**Transfer Order**).

We lack jurisdiction over the appeal, as the Transfer Order is not a final, appealable order, decree, or judgment. See Hawaii Revised Statutes (HRS) § 641-1(a) (2016); District Court Rules of Civil Procedure Rules 54(b), 58. Further, the Transfer Order is not independently appealable under the collateral-order doctrine or the Forgay doctrine. See Greer v. Baker, 137 Hawaiʻi

249, 253, 369 P.3d 832, 836 (2016) (setting forth the requirements for appealability under the collateral-order doctrine and the <u>Forgay</u> doctrine).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

IT IS HEREBY FURTHER ORDERED, that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, March 7, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge